JAMES M. SEYMOUR, respondent,

*v.*

GERMAN INSURANCE COMPANY, appellant.

[Submitted December 7th, 1914.    Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *83 N. J. Eq. 37.*

*Messrs. Raymond, Mountain, Van Blarcom & Marsh,* for the respondent.

*Messrs. Vredenburgh, Wall & Carey,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, WILLIAMS—9.

*For reversal*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD —3.